# EXHIBIT A

# CoinTerra Introduces Two Low-Cost Bitcoin ASIC Mining Solutions

September 12, 2013, Webmaster in Press Releases    💬 2 Comments

New TerraMiner II for $3499 and Reduced Price of $5999 for TerraMiner IV in January 2014 Breaks the $3 per Gigahash Barrier

September 12, 2013 – Austin, TX – CoinTerra™ www.cointerra.com – the performance and new value leader in Bitcoin ASIC Mining solutions – today announced aggressive pricing on its second batch of specialized ASIC mining equipment.

Scheduled for delivery in early January 2014 and powered by CoinTerra's proprietary high-performance GoldStrike™ I ASIC, the new 1TH/s TerraMiner™ II will retail for $3499 as an entry-level Bitcoin mining solution designed for the best price/performance ratio in the industry.

Previously announced as the first 2TH/s professional Bitcoin miner, CoinTerra has announced a major price reduction for the TerraMiner IV to an astonishing $5999 for January delivery to customers. This makes CoinTerra the first Bitcoin hardware company to break the $3 per Gigahash barrier.

Both the TerraMiner II and TerraMiner IV are fully-integrated, low-power Bitcoin mining solutions for customers seeking the most high-performance products in their respective class of entry-level and professional mining.

"We are incredibly excited by the enthusiasm and support of the Bitcoin community as we move forward towards our first shipments of the industry's highest-performance, lowest-power ASIC devices," said Ravi Iyengar, CEO and founder of CoinTerra. "With the new TerraMiner II and the incredibly aggressive pricing on the TerraMiner IV, we are going to redefine the market for profitable Bitcoin mining and put our customers first and foremost as we grow as a company through the introduction of new products."

CoinTerra's 500GH/s GoldStrike I ASIC is already the fastest chip announced for the Bitcoin mining market. The Physical Design results for GoldStrike I show that a certain percentage of these ASICs can perform as high as 700GH/s. CoinTerra is evaluating an option allowing customers at the time of delivery to upgrade to these premium chips for a small fee, further lowering the cost per gigahash.

CoinTerra and Team

CoinTerra was founded by a team of world-renowned chip designers, mathematicians and Bitcoin community pioneers and recently closed a $1.5M seed round of funding from a range of private Angel investors who recognized the potential of the company's unique team and technology.

The company's founding members include CEO Ravi Iyengar, who was previously the Lead CPU Architect at Samsung® Corporation as well as holding senior design positions at Qualcomm®, NVIDIA®, and Intel®.

Other team members include:

- Dr. Timo Hanke, one of the world's leading experts on cryptography and

mathematical algorithms;

- Dr. Naveed Sherwani is the lead company advisor for Cointerra and brings decades of semiconductor industry leadership and perspective to the company. Dr. Sherwani co-architected the Intel microprocessor design methodology and environment used in several microprocessors

Having worked on several generations of low-power mobile devices, the CoinTerra team brings unmatched experience in power-efficient circuitry, design methodology and implementation to Bitcoin mining.

Unlike most Bitcoin hardware companies, CoinTerra wants people to know the capabilities of its full design and advisory team as well as their personal involvement in the Bitcoin community. As such, there is a video detailing the CoinTerra products, technology and team on YouTube® with a direct link found on the CoinTerra website. Detailed pricing on both chips and rigs are also at www.cointerra.com.

About CoinTerra

CoinTerra™ designs and produces best-in-class Bitcoin mining ASIC processors and systems. The company's state-of-the-art design methodologies and advanced architectures enable the delivery of Bitcoin mining solutions with the highest performance ASICs for the lowest power and die area. CoinTerra boasts a highly experienced engineering team of semiconductor architects and designers who have previously designed some of the world's highest performance CPUs, GPUs and chipsets for NVIDIA®, Intel®, Samsung®, Qualcomm® and Nortel®.

All trademarks and registered trademarks previously cited are hereby recognized and are the property of their respective owners.

For further information related to the media, please contact pr@cointerra.com ✎

# About Webmaster

VIEW ALL POSTS BY WEBMASTER ❯



# TRACKBACKS/PINGBACKS



1. CoinTerra Introduces Two Low-Cost Bitcoin ASIC ... - September 12, 2013

   [...] New TerraMiner II for $3499 and Reduced Price of $5999 for TerraMiner IV in January 2014 Breaks the $3 per Gigahash Barrier September 12, 2013 – Austin, TX – CoinTerra™ [...]

2. CoinTerra Introduces Two Low-Cost Bitcoin ASIC Mining Solutions | CoinTerra - Coinboard - September 14, 2013

   [...] See on cointerra.com [...]

NEWS | PR | BLOG

TEAM

CAREERS

CONTACT US

SALES AGREEMENT

PRIVACY POLICY

RECYCLE PROGRAM

COINTERRA © 2014. ALL RIGHTS RESERVED

COINTERRA, INC.

11130 JOLLYVILLE RD.

SUITE 303

AUSTIN, TX 78759

+1 (512) 270-6050

(9AM TO 6PM CST)