# EXHIBIT B

Regan N. Kruse

**From:** LAWRENCE A CAPLAN <lacaplanlaw@bellsouth.net>
**Sent:** Thursday, April 10, 2014 6:11 PM
**To:** Edward Mullins; Regan N. Kruse
**Subject:** Fw: Fwd: Your CoinTerra order receipt from October 20, 2013

----- Forwarded Message -----
**From:** Lautaro Cline <lautaro.cline@gmail.com>
**To:** LAWRENCE A CAPLAN <lacaplanlaw@bellsouth.net>
**Sent:** Thursday, April 10, 2014 9:06 PM
**Subject:** Fwd: Your CoinTerra order receipt from October 20, 2013

---------- Forwarded message ----------
From: **CoinTerra** <sales+woocommerce@cointerra.com>
Date: Thu, Oct 24, 2013 at 1:43 PM
Subject: Your CoinTerra order receipt from October 20, 2013
To: lautaro.cline@gmail.com



# Thank you for your order

**Company Address**

11130 Jollyville Rd
Austin, TX 78759
USA
+15122706050

**Bank Address**



## Order: FV1424

| Product | Quantity | Price |
|---|---|---|
| TerraMiner IV – 2TH/s, Networked ASIC Miner (Early January Batch) (#GS1200-02) | 1 | $5,999 |

1

| | |
|---|---|
| **Cart Subtotal:** | $5,999 |
| **Shipping:** | $290.20 via Next Day Air (UPS) |
| **Order Total:** | $6,289.20 |

# Any Questions?

Our Knowledgebase is the first place to look for help with our products. If you have any questions, please submit a ticket to our Help Desk.

# Customer details

**Email:** lautaro.cline@gmail.com

**Tel:** ▇▇▇▇▇▇

If there are any concerns, please contact us at sales@cointerra.com immediately.

Thank you for working with us,

CoinTerra Support

# Billing address

Lautaro Cline

▇▇▇▇▇▇▇▇▇▇▇▇

# Shipping address

Lautaro Cline

▇▇▇▇▇▇▇▇▇▇▇▇