# EXHIBIT D

# Anandtech: "The Rush to Bitcoin ASICs: Ravi Iyengar launches CoinTerra"

August 27, 2013, Webmaster in News   💬 Leave a comment

(Read the full article by Ian Cutress on Anandtech here)

Coming into the ASIC market is CoinTerra™, headed up by Ravi Iyengar, former CPU Lead Architect at Samsung's Austin Research Center (SARC). Ravi's focus at SARC was on the CPU Mid-Core, including integer execution and special purpose registers (good for Bitcoin). His history also includes helping design chips for the SGS4, as well as stints at Intel, Qualcomm and NVIDIA. At CoinTerra he is joined by Jim O'Connor, VP of Engineering with a history of SOC

design and Dr. Naveed Sherwani, CEO of Open Silicon. CoinTerra has raised $1.5 million from investors to fund development costs and an initial production run.

CoinTerra's first high-end product for launch is listed as a 2000 Gigahashes per second Bitcoin miner (or 2 TH/s), powered by four 28nm ASICs running at 500 GH/s each. These would be housed in a 2U air-cooled container, and draw up to 1200W (estimated) for 0.6 W/GH/s.

To put this into perspective, an Avalon Batch #2 miner runs at 83 GH/s for 700 W (8.4 W/GH/s), with ASICs build on an 110nm process node, and a Butterfly Labs 'Jalapeno' runs at 5.5 GH/s for 30W (5.5 W/GH/s) on a 65nm process node. A 7970 GPU, which anyone can go out and buy today, can get 0.65 GH/s for 250W, or 384W/GH/s. However Butterfly Labs have recently announced a 28nm product, a 600 GH/s device in the shape of a PCIe card for 350W, putting it around the 0.6W/GH/s value of CoinTerra.

Thus projecting a 0.6 W/GH/s number from CoinTerra is almost out of this world, offering almost a factor 10 better efficiency than any other ASIC shipper today. Part of that comes from the process node (28nm vs. 65nm/110nm), but one would assume that an element of design it also prevalent.

CoinTerra's product has an initial 3 month lead time, and has a high starting threshold: $14000. Despite this, at current rates, a user would earn $54000 worth of Bitcoin in a month, although there is no prediction as to what the Bitcoin difficulty (or market rate) will be in three months. CoinTerra plan to drop 2000 TH/s of power in December, despite the global hashrate of only 500 TH/s now.

Clearly my first response to such claims involved several double-take moments, but CoinTerra's CEO, Ravi Iyengar, was happy to speak to us and answer a few questions.



**Ravi Iyengar**
Founder & CEO

Q: Can you give us a little background in CoinTerra?

A: We started the company in April – I was approached by a couple of people to start and lead the engineering for a Bitcoin mining company, and at the time I had no real idea what Bitcoin was. I studied the ecosystem and looked at the competition – Bitcoin ASICS seemed a relatively 'new' industry, and it seemed that now was the right time to be one of the best. Having spoken to the big names in chip manufacturing like LSI/Intel, it was clear that right now the total Bitcoin market value is small, but they are watching. The purpose of CoinTerra is to be a well-established entity by the time the big players decide they want a slice of the action.

Q: At what stage of the process are you in terms of product design/manufacturing? Can you explain a little behind the iterative manufacturing process that CoinTerra is taking?

A: We are currently in the Physical Design stage now, and we are targeting tapeout around October – the silicon is expected to arrive for system building in December and ship the same month. Our initial ASIC design is fully complete, we have AESAustin on board to building the boards and systems, a company called Conformal is doing the software, and Open Silicon has advisors at CoinTerra.

Q: What level of pre-orders are estimated before CoinTerra is able to ramp up production? It has been listed in the media that a number of pre-orders are needed before final manufacturing can take place.

A: When we started looking for investment, it took two months to raise $1.5m from both Bitcoin users and the tech industry – at this point in time there is no need to ask for more investment. In terms of pre-orders, within 24hrs of our website going live we had 150 pre-orders. Our production is not hampered by sales in any way.

Q: Butterfly Labs have announced a similar 28nm product shipping around the same time frame in a PCIe card type-form factor. Are they reselling your product?

A: There is sometimes a difference compared to PR and what happens – I was under the impression that BFL would be shipping around February. But I would be surprised if there are any new mining startups from this point on without a significant background in the area. Our funding came through as a result of the background of the team, despite this being my first company, and the contacts I have helped move our product to start at 28nm, rather than the ~110nm node that the initial companies in this area started with. For example, Dr. Timo Hanke is lead cryptographer but also early investor. For us, 28nm was not really bleeding edge, and a good place to start.

Q: By my calculations, a 2TH/s machine at $14k would earn back its share in Bitcoin in little over a week at current rates. Why have you chosen to sell your ASICs rather than do something similar to ASICMiner and design the infrastructure to sell shares in your systems?

A: The concept the selling of shares is blurring a legal line, especially in the US. We are not sure if that model is possible within our boundaries. There is also the issue regarding dealing with Bitcoin and converting to cash, thus becoming a money service. We do not want to be in any grey area, and we want to be clear with our business model. The goal of CoinTerra is to be a hardware product company first, rather than a base for Bitcoin distribution.

Q: What made you jump into the Bitcoin ASIC arena and start CoinTerra?

A: I have been in the corporate world for 15 years, first at Intel, then NVIDIA, Qualcomm and Samsung. My career was stable, good money etc., but I always had that entrepreneurial spirit, and wanted to do something big that changes the landscape of an industry. Starting CoinTerra was the opportunity. There is huge potential in terms of CoinTerra's impact, especially in the financial terms of Bitcoin. I realized there is huge potential to be among the top – Bitcoin is a very intense industry to be in, but very exciting. I have been involved in chip 'arms races' before, to get products out quickly, but the intensity of Bitcoin is a much faster pace.

Q: Should 28nm products hit the market in the intended timeframe, what is the future course for CoinTerra?

A: Due to the level of engagement with our partners, we are confident that December is the due date. No-one can claim a 100% release date (even Intel/Apple), but we are on track. Long term, we would like to churn out more of our 28nm products for several quarters, and longer term we want to be seen as a cryptography based company rather than just a Bitcoin company.

Q: Could you explain more about your 2TH/s miner – the design (motherboard with GPU devices), the interface (OS, mining software preferred) and the shipping methods/regions. If you have any CAD mockups of the hardware, this would be great. Is 500 GH/s per ASIC realistic?

A: Our chips are suitably high performance – 500+ GH/s per chip is a conservative estimate. Our design will have four chips per system, in two boards connected via an SPI interface. From a single main board, we use a USB to SPI hub to control the high performance ASICS. We have a CGMiner driver there as part of the package, and the system is connected via Ethernet. Our chips are so high performance that we need to make sure they are fed with enough work.



Q: A breakdown of the GoldStrike1 ASIC in terms of total transistors for computation vs. control would be some awesome statistics to have.

A: Control logic is less than 2% of the die – we are simply using efficient SHA pipe replication. The main issue is the thermal density – our chips will consume 250W for 300 mm2, compared to CPUs that use 130W for 220mm2. We have a company designing the cooling solution (AESAustin), and they have many years of experience in this area, dealing with ASICs that consume more than 350W+. ✎

## About Webmaster

VIEW ALL POSTS BY WEBMASTER  ›



NEWS | PR | BLOG

TEAM

CAREERS

CONTACT US

SALES AGREEMENT

PRIVACY POLICY

RECYCLE PROGRAM

COINTERRA © 2014. ALL RIGHTS RESERVED

COINTERRA, INC.

11130 JOLLYVILLE RD.

SUITE 303

AUSTIN, TX 78759

+1 (512) 270-6050

(9AM TO 6PM CST)