# EXHIBIT E

# UPDATE: Engineering and Production Status

January 25, 2014, Webmaster in Updates  💬 2 Comments

# D ATELINE 1/24/2014

Today we wanted to communicate our plans as we move from pre-production into production. As soon as the FCC/CE/UL certification process is completed we will be able to commence shipping the very first production TerraMiners and incrementally ramp up to volume capacity over the coming days.

On the hardware front, we have implemented circuit board modifications which have improved the efficiency of the power conversion circuitry from the time of our initial board bringup and we have revised the firmware on the BeagleBone Black controller card to take advantage of this.

Having achieved a good level of stability and based on feedback from our customers, we have decided to push the button to release our first production TerraMiners IV's.

Our production lines are assembling units and we have submitted for certification simultaneously. The production units that we have assembled and tested so far are running at between 1.63TH/s and 1.72TH/s with power draw at the wall between 1900W and 2100W – typically 20% higher than our anticipated target of 1650W but still sufficient to operate in a typical US home (110V) plugged into two outlets on separate 15A circuits, or in a typical European home (230V) on a single circuit.

The first-batch of TerraMiner IV units shipping to customers

- Is easily the most powerful high-performance Bitcoin miner available today. It smashes the 1TH/s barrier by a huge margin
- Is the lowest cost per gigahash of any Bitcoin mining rig on the market
- Achieves the highest density of Bitcoin hashing power in its compact 4U enclosure

We will continue tweaking the firmware and any updates will be posted to the CoinTerra website.

Additionally, we have begun a board redesign which will enter production when fully tested and approved. It is anticipated that the board revision will offer further hardware optimizations and power efficiencies and based on the initial simulations it will permit us to hit our initial performance target of 2TH/s.

We expect to post the next update as soon as we've received certification early next week and begin delivery.

## About Webmaster

VIEW ALL POSTS BY WEBMASTER  >



## TRACKBACKS/PINGBACKS



1. **Cointerra tape out vs Monarch - Page 2** - January 27, 2014
   […] User I just read the Cointerra update ( UPDATE: Engineering and Production Status | ) and while I am not an electrician, I'd like to know how someone will power this box. In the USA, […]

2. **UPDATE: Production News and Jan/Feb Batch Customer Offer |** - January 28, 2014
   […] the power efficiency issues detailed in our previous status update, the production TerraMiner IV delivers unprecedented performance and […]

NEWS | PR | BLOG
TEAM
CAREERS
CONTACT US
SALES AGREEMENT
PRIVACY POLICY
RECYCLE PROGRAM
COINTERRA © 2014. ALL RIGHTS RESERVED

COINTERRA, INC.
11130 JOLLYVILLE RD.
SUITE 303
AUSTIN, TX 78759
+1 (512) 270-6050
(9AM TO 6PM CST)