# EXHIBIT F

# UPDATE: Prototype Testing Completed, Certification and Production this week

January 20, 2014, Webmaster in Updates        Leave a comment

DATELINE: 1/20/14 Austin, TX

Our last update on January 14th included a short video of a working TerraMiner IV, and further information regarding the testing and characterization status.

Over the past week our engineering team has been busy conducting some board tweaks needed before we can push the button to commence production of our first batch of TerraMiners.

At the same time we have been preparing the hardware for mandatory FCC and CE product testing and certification, and UL safety testing and certification which we have been informed will take approximately 2-3 days to complete.

We expect to begin shipping the initial run of units at the end of this week, incrementally ramping up production for volume shipping commencing next week. In parallel the production lines at both of our Central Texas manufacturing facilities are presently

assembling the chassis (including the rear fans and power supplies), front panels (with fans, grills and LEDs), and the other non-board components in preparation for the fully-populated boards to be dropped in for final assembly and a short but essential burn-in quality control testing period.



TerraMiner front panels (populated with fans and grills) racked and ready to be bolted onto the chassis


Case 4:14-cv-02000-CW Document 1-6 Filed 04/30/14 Page 4 of 5



TerraMiner chassis being built-up on one of the production lines.

We have signed off on the first release version of the software which controls the TerraMiner, having made some final tweaks to the web-based Control Panel, and flashed to each BeagleBone Black controller board. The user guide, with step-by-step instructions for setting up, configuring and operating the TerraMiner will be posted to the CoinTerra website prior to shipping our first production units.

We expect to be able to post another status report later this week with updates on the certification processes and shipment of our very first production miners.

## About Webmaster

VIEW ALL POSTS BY WEBMASTER >



NEWS | PR | BLOG

TEAM

CAREERS

CONTACT US

SALES AGREEMENT

PRIVACY POLICY

RECYCLE PROGRAM

COINTERRA © 2014. ALL RIGHTS RESERVED

COINTERRA, INC.
11130 JOLLYVILLE RD.
SUITE 303
AUSTIN, TX 78759
+1 (512) 270-6050
(9AM TO 6PM CST)