# EXHIBIT G

# UPDATE: Production News and Jan/Feb Batch Customer Offer

January 28, 2014, Webmaster in Updates     💬 Leave a comment

DATELINE 1/28/2014

When we founded CoinTerra in the summer of 2013 we set out to revolutionize the Bitcoin mining hardware industry by designing an innovative Bitcoin mining ASIC that delivers truly exceptional performance. The anticipation has been intense, and less than six months later we're excited to say that this week we have started to ship the first production units to our early customers. We have realized the goal of building the highest performance standalone Bitcoin miner which delivers the lowest price per gigahash on the market.

Despite the power efficiency issues detailed in our previous status update, the production TerraMiner IV delivers unprecedented performance and value:

- 1.63-1.72TH/s performance for the TerraMiner IV
- Lowest price per GH available on the market
- The fastest self-contained Bitcoin miner in the world

We believe that it is in our customers' best interest to receive hardware as soon as possible, so we will begin shipping our initial production TerraMiners immediately. The first units should start arriving at customers later this week as we ramp up towards volume production.

In consideration of the above, we are offering our January and February batch retail customers (orders placed at the cointerra.com website store) a coupon redeemable against their next order for the performance discrepancy of our first run of TerraMiners. January and February batch retail customers may choose one of the following two options:

1. For January or February batch retail customers who wish to receive their TerraMiner order in the currently-shipping specification we will offer a 15% discount coupon* redeemable against their next retail hardware order placed at the CoinTerra website store. If a January or February batch retail customer chooses to accept their order as-is they will automatically receive this coupon.

2. We understand that some January or February batch customers may wish to request a refund, in which case we will offer a full refund of US dollars received for their order. Customers wishing to request a refund should contact support@cointerra.com with their unique order ID. For those customers who choose the refund option we would like to extend the offer of a 5% discount coupon* redeemable against their next retail hardware order placed at the CoinTerra website store.

For our March and later batch customers we will of course assess the situation before shipping and in the meantime we shall continue to work on resolving the remaining power efficiency issues. We also have some exciting announcements lined up for the near future which we hope to share with you soon!

Sincerely,
Team CoinTerra

* Coupons are valid for orders placed at the CoinTerra website store through December 31, 2014. One discount coupon will be issued per unit in an existing paid order, redeemable towards the cost of one unit per coupon in the next order placed. Coupons are non-

transferrable and are associated with the customer's cointerra.com account on file for their original order. ✎



## About Webmaster

VIEW ALL POSTS BY WEBMASTER ›

NEWS | PR | BLOG
TEAM
CAREERS
CONTACT US
SALES AGREEMENT
PRIVACY POLICY
RECYCLE PROGRAM
COINTERRA © 2014. ALL RIGHTS RESERVED

COINTERRA, INC.
11130 JOLLYVILLE RD.
SUITE 303
AUSTIN, TX 78759
+1 (512) 270-6050
(9AM TO 6PM CST)