# EXHIBIT H

# Regan N. Kruse

| | |
|---|---|
| **From:** | LAWRENCE A CAPLAN <lacaplanlaw@bellsouth.net> |
| **Sent:** | Thursday, April 10, 2014 6:12 PM |
| **To:** | Edward Mullins; Regan N. Kruse |
| **Subject:** | Fw: Fwd: Request received: Order and resolution FV1424 |

----- Forwarded Message -----
**From:** Lautaro Cline <lautaro.cline@gmail.com>
**To:** LAWRENCE A CAPLAN <lacaplanlaw@bellsouth.net>
**Sent:** Thursday, April 10, 2014 9:08 PM
**Subject:** Fwd: Request received: Order and resolution FV1424

---------- Forwarded message ----------
From: **CoinTerra** <sales@cointerra.com>
Date: Wed, Jan 29, 2014 at 11:31 AM
Subject: Request received: Order and resolution FV1424
To: Lautaro Cline <lautaro.cline@gmail.com>

##- Please type your reply above this line -##
Thank you for contacting CoinTerra.
Your request (11034) has been received and is being reviewed by our support staff.
To add additional comments, reply to this email.

## Lautaro Cline

Jan 29 13:31

Hi Sales, I'm please to see the news on shipping your first TerraMiner IV, however can you tell me an ETA on my order FV1424 <https://cointerra.com/my-account/view-order/?order=1780>. However I also need voiceout a few concerns regarding your unfair compensation so I hope to resolve them without having to seek legal options, to be clear all I want is a fair compensation.

Facts :
I'm on Batch 2
Delivery of this Batch was stated as Early Jan 2014 (long past)

1

Terraminner IV has not been delivery as of Jan 29th , ETA???
Terraminner IV is specs are falsing advertised to what I purchase
*-*20% hashing power (1.6 TH/s avg) and +20 electricity consumption (2100 watts) is not what your specs say 2TH/s 1600 watts at the moment of purchase
Bitcoin difficulty +100% due to delayed shipment. So I lose $ waiting

So the underling question for me as customer is the following:
A 15% discount coupon for -20% hashing power and +20 electricity consumption is *not *fair compensation. I would prefer to find some other alternative compensation.

Proposition A
A similar situation to your Dec Batch 1 compensation , that is Cointerra provides me real Hardware, a TerraMiner II in a later batch like April or May.

Proposition B
Cointerra provided a 20% hash on the cloud, and a Terraminier IV exchange policy to when you have a PCB board that delivers 2 Ths .

Either Options are fair IMO, however the current Cointerra compensation of 15% is not fair and will only make me seek legal options.

Best Regards,
Lautaro Cline
CIO
IOCOMPANIES
2222 5th Street Berkeley, CA


]

This email is a service from CoinTerra. Delivered by Zendesk.