# EXHIBIT I

# Regan N. Kruse

| | |
|---|---|
| **From:** | LAWRENCE A CAPLAN <lacaplanlaw@bellsouth.net> |
| **Sent:** | Thursday, April 10, 2014 6:12 PM |
| **To:** | Edward Mullins; Regan N. Kruse |
| **Subject:** | Fw: Fwd: Request #12039: How would you rate the support you received? |

----- Forwarded Message -----
**From:** Lautaro Cline <lautaro.cline@gmail.com>
**To:** LAWRENCE A CAPLAN <lacaplanlaw@bellsouth.net>
**Sent:** Thursday, April 10, 2014 9:10 PM
**Subject:** Fwd: Request #12039: How would you rate the support you received?

---------- Forwarded message ----------
From: **CoinTerra** <info@cointerra.com>
Date: Tue, Feb 11, 2014 at 1:06 PM
Subject: Request #12039: How would you rate the support you received?
To: Lautaro Cline <lautaro.cline@gmail.com>

##- Please type your reply above this line -##
Hello Lautaro Cline,
We'd love to hear what you think of our customer service. Please take a moment to answer one simple question by clicking either link below:

**How would you rate the support you received?**

Good, I'm satisfied
Bad, I'm unsatisfied

Here's a reminder of what your ticket was about:

**Lautaro Cline**
Feb 10 12:50

HI Christina , and my first thought when I saw your email was to think good
news you shipped my order. ohh...anyhow thanks for your reply.

Best,
Lautaro

1

**Christina** (CoinTerra)

Feb 10 12:22

Hello Lautaro,

I'm very sorry that you are unsatisfied with what we are currently offering. Unfortunately, the offers listed on the update or a refund are all that I have to offer you at this time. I will note on your account that you are unsatisfied with the offers we have.

We do not do machine swaps, sorry.

Best Regards,
Christina

---

**Lautaro Cline**

Feb 10 11:26

Hi Christina, I don't see you are understanding what I'm truly say, the resolution given by CT is just plain unsatisfactory as to compensate me just 15%, please understand 20% less is not 15% so all I'm asking is to let Managment know that this is just not going to cut it. As for now I do Not want a refund I just want what my contract stated a 2 th/s machine not a 1.7 and some 15% joke discount . And all I'm asking is that this machine be swap I the future when you have the bugs iron out. Is that to much to ask ?

Best
Lautaro

---

**Christina** (CoinTerra)

Feb 10 09:58

Hello Lautaro,

If you are unsatisfied with the offers that we have, you are entitled to ask for a refund. Just let me know your decision.

Best Regards,
Christina

---

**Lautaro Cline**

Feb 07 17:32

Hi Christina, this offer has to be a joke , I will make sure to document

2

for future legal action. Please be aware that as stated before I bought a 2TH/s miner not a 1.5 or 1.7 TH/s and that future purchases are not related to my current purchase. So a 15% discount on something in the future has nothing to do with the current order. So please let your Management know. That their action speak louder than words. So again CT please provided the 20% deficency of your product in a hosting provider or with actual Hardware like an TerraMiner II , or start looking at another solution than your JOKE of 15% discount (what do guys think this is Safeway or Krogers) hence to prevent the forecast of looking for lawyers since you don't need to end up like HashFast and BFL.

Best
Lautaro Cline

---

**Christina** (CoinTerra)

Feb 07 17:19

Hello Lautaro,

Right now, I do not have an exact shipment date for you. We are in the middle of shipping our first batch of boxes now, and once we get finished with that, we should be able to give you a better estimate of when the January units will ship.

I know this is frustrating, but I hope some of the offers, found here: http://cointerra.com/update-production-news-janfeb-batch-customer-offer/ make up for the delay.

Best Regards,
Christina

---

**Lautaro Cline**

Feb 07 17:12

Name: Lautaro Cline

Email: lautaro.cline@gmail.com

Comments: Order #1780 made on October 20, 2013. What is the ETA for Shipping ?

This email is a service from CoinTerra. Delivered by Zendesk.