# EXHIBIT J

**Regan N. Kruse**

| | |
|---|---|
| **From:** | LAWRENCE A CAPLAN <lacaplanlaw@bellsouth.net> |
| **Sent:** | Thursday, April 10, 2014 6:13 PM |
| **To:** | Edward Mullins; Regan N. Kruse |
| **Subject:** | Fw: Fwd: Your CoinTerra order from October 20, 2013 is complete |
| **Attachments:** | invoice_#1780.pdf |

----- Forwarded Message -----
**From:** Lautaro Cline <lautaro.cline@gmail.com>
**To:** LAWRENCE A CAPLAN <lacaplanlaw@bellsouth.net>
**Sent:** Thursday, April 10, 2014 9:12 PM
**Subject:** Fwd: Your CoinTerra order from October 20, 2013 is complete

---------- Forwarded message ----------
From: **CoinTerra** <support@cointerra.com>
Date: Tue, Feb 25, 2014 at 7:21 AM
Subject: Your CoinTerra order from October 20, 2013 is complete
To: lautaro.cline@gmail.com



# Your order is complete

Hi there. Your recent order on CoinTerra has been completed. Your order details are shown below for your reference:

Your order was shipped on Monday 24th February 2014. Tracking number 1Z7658VA1340364254.

## Order: FV1424

| Product | Quantity | Price |
|---|---|---|
| TerraMiner IV – 2TH/s, Networked ASIC Miner (Early January Batch) | 1 | $5,999 |
| **Cart Subtotal:** | | $5,999 |

1

| | |
|---|---|
| **Shipping:** | $290.20 via Next Day Air (UPS) |
| **Order Total:** | $6,289.20 |

## Customer details

Email: lautaro.cline@gmail.com

Tel: ▮▮▮▮▮▮▮▮

The CoinTerra team wants to thank you for placing your order with us. We are working very hard to provide a customer experience and a product line unlike any seen before in BitCoin mining.

Best regards,

CoinTerra Support

## Billing address

Lautaro Cline
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

## Shipping address

Lautaro Cline
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮



**Invoice**

Date: October 20, 2013

Invoice: #1780

**Billing Address:**

Lautaro Cline



US

lautaro.cline@gmail.com

**Shipping Address:**

Lautaro Cline



US

**Payment Method:**

Direct Bank Transfer

**Shipping Method:**

Next Day Air (UPS)

| Product | Qty | Unit Price | Extended Price | Tax | Total |
|---|---|---|---|---|---|
| TerraMiner IV – 2TH/s, Networked ASIC Miner (Early January Batch) | 1 | $5,999 | $5,999 | $0 | $5,999 |
| | | | | Subtotal | $5,999 |
| | | | | Shipping | $290.20 |
| | | | | Grand Total | $6,289.20 |

**Company Info:**

CoinTerra
11130 Jollyville Rd
Suite 303
support@cointerra.com
512-270-6050