AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| LAUTARO CLINE, individually and on behalf of a class of similarly situated individuals<br><br>_____<br>*Plaintiff(s)*<br>v.<br>COINTERRA, INC.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  4:14-cv-2000DMR ~~XX4-XX0200X0MR~~

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CoinTerra, Inc.
11130 Jollyville Rd.
Suite 303
Austin, TX 78759

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey F. Keller, Esq.
KELLER GROVER LLP
1965 Market Street
San Francisco, CA 94103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  May 2, 2014          Richard W. Wieking

_____
*Signature of Clerk or Deputy Clerk*