AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Steven M. Larimore,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Regan Noelle Kruse**, Florida Bar # **84404**, was duly admitted to practice in

this Court on **February 22, 2011**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on May 06, 2014



**Steven M. Larimore**
*Court Administrator • Clerk of Court*