Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUTARO CLINE, <br><br> Plaintiff(s), <br><br> v. <br><br> COINTERRA, INC., <br><br> Defendant(s). | Case No: cv-14-02000 DM DMR <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE AND ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Regan N. Kruse, Esq., an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Lautaro Cline in the above-entitled action. My local co-counsel in this case is Jeffrey F. Keller, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1001 Brickell Bay Drive, 9th Floor, Miami, FL 33131 | 1965 Market Street, San Francisco, CA 94103 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (305) 372-8282 | (415) 543-1305 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rkruse@astidavis.com | jfkeller@KellerGrover.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 84404.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/09/14

Regan N. Kruse, Esq.
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Regan N. Kruse, Esq. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 14, 2014

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
DONNA M. RYU

PRO HAC VICE APPLICATION & ORDER                    *October 2012*

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
для the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Steven M. Larimore,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Regan Noelle Kruse**, Florida Bar # **84404**, was duly admitted to practice in this Court on **February 22, 2011**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on May 06, 2014



Steven M. Larimore
Court Administrator • Clerk of Court