Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LAUTARO CLINE,                                      )
                                                    )   Case No: cv-14-02000 DM DMR
                                                    )
                              Plaintiff(s),          )
                                                    )   APPLICATION FOR
          v.                                        )   ADMISSION OF ATTORNEY
                                                    )   PRO HAC VICE AND ORDER
COINTERRA, INC.,                                    )   (CIVIL LOCAL RULE 11-3)
                                                    )
                              Defendant(s).          )
                                                    )

I, Edward M. Mullins, Esq. _____, an active member in good standing of the bar of Florida _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Lautaro Cline _____ in the above-entitled action. My local co-counsel in this case is Jeffrey F. Keller, Esq. _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1001 Brickell Bay Drive, 9th Floor, Miami, FL 33131 | 1965 Market Street San Francisco, CA 94103 |
| MY TELEPHONE # OF RECORD: (305) 372-8282 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 543-1305 |
| MY EMAIL ADDRESS OF RECORD: emullins@astidavis.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jfkeller@KellerGrover.com |

I am an active member in good standing of a United States Court of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 863920 _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/09/14                              Edward M. Mullins, Esq. _____
                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Edward M. Mullins, Esq. _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 14, 2014

                              _____ UNITED STATES DISTRICT/MAGISTRATE JUDGE
                              DONNA M. RYU

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Steven M. Larimore,**    Clerk of the United States District Court
for the Southern District of Florida,

do hereby certify that **Edward Maurice Mullins**, Florida Bar # **863920**, was duly admitted to

practice in this Court on **January 25, 1991**, and is in good standing as a member of the Bar of this

Court.

Dated at: **Miami, Florida** on May 06, 2014



Steven M. Larimore
*Court Administrator • Clerk of Court*