RODNEY G. STRICKLAND, JR., State Bar No. 161934
Email: rstrickland@wsgr.com
JASMINE M. OWENS, State Bar. No. 284914
Email:  jmowens@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendant
CoinTerra, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUTARO CLINE, individually and on behalf of other members of the general public similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COINTERRA, INC., <br><br> Defendant. | CASE NO.: 3:14-cv-02000 <br><br> **NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
CASE NO.: 3:14-CV-02000

-1-

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorneys Rodney G. Strickland, Jr., and Jasmine M. Owens of Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, CA, 94304, members of the State Bar of California and admitted to practice before this Court, hereby enter their appearance as counsel of record for defendant CoinTerra, Inc. in the above-captioned matter.

Dated: May 22, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Rodney G. Strickland, Jr.*
Rodney G. Strickland, Jr.

Attorneys for Defendant
CoinTerra, Inc.