1  RODNEY G. STRICKLAND, JR., State Bar No. 161934
   Email: rstrickland@wsgr.com
2  JASMINE M. OWENS, State Bar. No. 284914
   Email:  jmowens@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6
7  Attorneys for Defendant
   CoinTerra, Inc.

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 LAUTARO CLINE, individually and on behalf    )   CASE NO.: 3:14-cv-02000
   of other members of the general public similarly )
12 situated,                                     )   DEFENDANT COINTERRA, INC.'S
                                                 )   CORPORATE DISCLOSURE
13         Plaintiff,                            )   STATEMENT PURSUANT TO FED.
                                                 )   R. CIV. P. 7.1 AND CERTIFICATION
14     v.                                        )   OF INTERESTED ENTITIES
                                                 )   PURSUANT TO LOCAL RULE 3-15
15 COINTERRA, INC.,                              )
                                                 )
16         Defendant.                            )
                                                 )
17 _____   )

18

...

28 DEFENDANT COINTERRA, INC.'S           -1-
   CORPORATE DISCLOSURE STATEMENT
   PURSUANT TO FED. R. CIV. P. 7.1 AND
   CERTIFICATION OF INTERESTED ENTITIES
   PURSUANT TO LOCAL RULE 3-15
   CASE NO.: 3:14-cv-02000

**DISCLOSURE STATEMENT OF DEFENDANT COINTERRA, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant CoinTerra, Inc. ("CoinTerra") certifies, through the undersigned counsel of record, that it has no parent corporation and that no publicly held corporation owns ten percent or more of CoinTerra's stock.

**CERTIFICATION OF INTERESTED ENTITIES**

Pursuant to Civil L.R. 3-15, CoinTerra certifies through the undersigned counsel of record that as of this date, other than the named parties, it is not aware of any other person or entity having an interest in this litigation.

Dated: May 22, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ *Rodney G. Strickland, Jr.*
      Rodney G. Strickland, Jr.

Attorneys for Defendant
CoinTerra, Inc.

DEFENDANT COINTERRA, INC.'S
CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1 AND
CERTIFICATION OF INTERESTED ENTITIES
PURSUANT TO LOCAL RULE 3-15
CASE NO.: 3:14-cv-02000

-2-