1  RODNEY G. STRICKLAND, JR., State Bar No. 161934
   Email: rstrickland@wsgr.com
2  JASMINE M. OWENS, State Bar. No. 284914
   Email:  jmowens@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6
   Attorneys for Defendant
7  CoinTerra, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUTARO CLINE, individually and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>COINTERRA, INC.,<br><br>            Defendant. | CASE NO.: 3:14-cv-02000<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

## REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendant CoinTerra, Inc. hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 22, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ *Rodney G. Strickland, Jr.*
     Rodney G. Strickland, Jr.

Attorneys for Defendant
CoinTerra, Inc.