RODNEY G. STRICKLAND, JR., State Bar No. 161934
Email: rstrickland@wsgr.com
JASMINE M. OWENS, State Bar. No. 284914
Email:  jmowens@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendant CoinTerra, Inc.

[ADDITIONAL COUNSEL APPEAR ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUTARO CLINE, individually and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COINTERRA, INC.,<br><br>　　　　Defendant. | CASE NO.: 3:14-cv-02000<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

The parties to the above-entitled action, by and through their respective attorneys, hereby stipulate to the following:

WHEREAS, Plaintiff filed the Class Action Complaint ("Complaint") in the above-entitled action on April 30, 2014;

WHEREAS, the Complaint was served on CoinTerra, Inc.'s ("CoinTerra") agent for service of process on May 5, 2014;

WHEREAS, the current deadline for CoinTerra to answer, move to dismiss, or otherwise respond to the Complaint is May 26, 2014; and

WHEREAS, in accordance with Local Rule 6-1(a), counsel for Plaintiff has agreed to extend CoinTerra's time to answer, move to dismiss, or otherwise respond to the Complaint;

NOW, THEREFORE, it is hereby stipulated and agreed by and between the undersigned counsel for Plaintiff and counsel for CoinTerra that CoinTerra's time to answer, move to dismiss, or otherwise respond to the Complaint is extended to June 25, 2014.

DATE: May 22, 2014            /s/ Rodney G. Strickland, Jr.
                              Rodney G. Strickland, Jr.
                              WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation

                              **Attorneys for Defendant**

DATE: May 22, 2014            /s/ Jeffrey F. Keller (as authorized on 5/22/14)
                              Jeffrey F. Keller
                              KELLER GROVER LLP

                              **Attorneys for Plaintiff**

## ECF CERTIFICATION

I, Rodney G. Strickland, Jr., am the ECF user whose ID and password are being used to file this Stipulation to Extend Time to Respond to Class Action Complaint. In compliance with General Order 45, X.B., I hereby attest that Jeffrey F. Keller has concurred in this filing.

DATE: May 22, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Rodney G. Strickland, Jr.
    Rodney G. Strickland, Jr.

***Attorneys for Defendant***