LAWRENCE A. CAPLAN, California State Bar. No. 118820
Email: lacaplanlaw@bellsouth.net
LAWRENCE A. CAPLAN, P.A.
1375 Gateway Blvd., Suite 100
Boynton Beach, FL 33426
Telephone: 561.988.6009
Facsimile: 561.880.6958

Attorney for Plaintiff
Laurato Cline

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. 3:14-cv-02000

LAUTARO CLINE, individually and on behalf
of other members of the general public similarly
situated

    Plaintiffs,

**v.**

COINTERRA, INC**.**

    Defendant**.**

_____/

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE that attorney Lawrence A. Caplan of Lawrence A. Caplan, P.A., 1375 Gateway Blvd., Suite 100, Boynton Beach, FL 33426, member of the State Bar of California and admitted to practice before this Court, hereby enters his appearance as counsel of record for Plaintiff Laurato Cline in the above captioned matter.

Dated: May 23, 2014

                                        LAWRENCE A. CAPLAN, P.A.
                                        1375 Gateway Blvd., Suite 100
                                        Boynton Beach, FL 33426
                                        Telephone: 561.988.6009
                                        Facsimile: 561.880.6958

                                        By: /s/ Lawrence Caplan/
                                        Lawrence A. Caplan
                                        Florida Bar No. 400531