1 | RODNEY G. STRICKLAND, JR., State Bar No. 161934
Email: rstrickland@wsgr.com
2 | JASMINE M. OWENS, State Bar. No. 284914
Email:  jmowens@wsgr.com
3 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
4 | 650 Page Mill Road
Palo Alto, CA 94304-1050
5 | Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
6 |

7 | Attorneys for Defendant CoinTerra, Inc.

8 | [ADDITIONAL COUNSEL APPEAR ON
SIGNATURE PAGE]

9 |

10 | **UNITED STATES DISTRICT COURT**

11 | **NORTHERN DISTRICT OF CALIFORNIA**

12 |

13 | LAUTARO CLINE, individually and on behalf     )     CASE NO.: 4:14-cv-02000-CW
of other members of the general public similarly )
14 | situated,                                     )     **STIPULATION EXTENDING TIME**
                                                 )     **TO RESPOND TO CLASS ACTION**
15 |               Plaintiff,                     )     **COMPLAINT**
                                                 )
16 |        v.                                    )     **[N.D. Cal. Rule 6-1(a)]**
                                                 )
17 | COINTERRA, INC.,                             )
                                                 )
18 |               Defendant.                     )
                                                 )
19 | _____ )

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1    The parties to the above-entitled action, by and through their respective attorneys, hereby

2    stipulate to the following:

3    WHEREAS, Plaintiff filed the Class Action Complaint ("Complaint") in the above-

4    entitled action on April 30, 2014;

5    WHEREAS, the Complaint was served on CoinTerra, Inc.'s ("CoinTerra") agent for

6    service of process on May 5, 2014;

7    WHEREAS, the parties previously filed a stipulation extending CoinTerra's time to

8    respond to the Complaint to June 25, 2014 (*see* Dkt. No. 16); and

9    WHEREAS, the parties have agreed to extend CoinTerra's time to answer, move to

10   dismiss, or otherwise respond to the Complaint so that the parties can attempt to resolve this

11   matter through an alternative dispute resolution procedure before the parties and the Court incur

12   significant time and expense litigating the matter; and

13   WHEREAS, the parties have agreed to participate in a private mediation with a

14   professional mediator to be mutually agreed upon by the parties;

15   NOW, THEREFORE, it is hereby stipulated and agreed by and between the undersigned

16   counsel for Plaintiff and counsel for CoinTerra that (1) the parties will participate in a private

17   mediation with a professional mediator to be mutually agreed upon by the parties and (2) if the

18   parties are unable to resolve this dispute through mediation, CoinTerra will answer, move to

19   dismiss, or otherwise respond to the Complaint within ten days of the completion of the

20   mediation.

21   DATE:  June 20, 2014                                      */s/ Rodney G. Strickland, Jr.*

22                                                            Rodney G. Strickland, Jr.
                                                             WILSON SONSINI GOODRICH & ROSATI

23                                                           Professional Corporation

24                                                           ***Attorneys for Defendant***

25   DATE:  June 20, 2014                                      */s/ Jeffrey F. Keller (as authorized on 6/20/14)*

26                                                             Jeffrey F. Keller
                                                              KELLER GROVER LLP

27                                                           ***Attorneys for Plaintiff***

28

1

## ECF CERTIFICATION

2

3      I, Rodney G. Strickland, Jr., am the ECF user whose ID and password are being used to

4   file this Stipulation Extending Time to Respond to Class Action Complaint.  In compliance with

5   General Order 45, X.B., I hereby attest that Jeffrey F. Keller has concurred in this filing.

6

7   DATE:  June 20, 2014                                    WILSON SONSINI GOODRICH & ROSATI
                                                            Professional Corporation
8
                                                            By:  /s/  Rodney G. Strickland, Jr.
9                                                                Rodney G. Strickland, Jr.

10                                                          *Attorneys for Defendant*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28