RODNEY G. STRICKLAND, JR., State Bar No. 161934
Email: rstrickland@wsgr.com
JASMINE M. OWENS, State Bar. No. 284914
Email:  jmowens@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendant CoinTerra, Inc.

[ADDITIONAL COUNSEL APPEAR ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUTARO CLINE, individually and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COINTERRA, INC.,<br><br>　　　　　Defendant. | CASE NO.: 4:14-cv-02000-CW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>**[N.D. Cal. Rule 6-1(a)]** |

1  The parties to the above-entitled action, by and through their respective attorneys, hereby
2  stipulate to the following:
3  WHEREAS, Plaintiff filed the Class Action Complaint ("Complaint") in the above-
4  entitled action on April 30, 2014;
5  WHEREAS, the Complaint was served on CoinTerra, Inc.'s ("CoinTerra") agent for
6  service of process on May 5, 2014;
7  WHEREAS, the parties previously filed a stipulation extending CoinTerra's time to
8  respond to the Complaint to June 25, 2014 (*see* Dkt. No. 16); and
9  WHEREAS, the parties have agreed to extend CoinTerra's time to answer, move to
10 dismiss, or otherwise respond to the Complaint so that the parties can attempt to resolve this
11 matter through an alternative dispute resolution procedure before the parties and the Court incur
12 significant time and expense litigating the matter; and
13 WHEREAS, the parties have agreed to participate in a private mediation with a
14 professional mediator to be mutually agreed upon by the parties;
15 NOW, THEREFORE, it is hereby stipulated and agreed by and between the undersigned
16 counsel for Plaintiff and counsel for CoinTerra that (1) the parties will participate in a private
17 mediation with a professional mediator to be mutually agreed upon by the parties and (2) if the
18 parties are unable to resolve this dispute through mediation, CoinTerra will answer, move to
19 dismiss, or otherwise respond to the Complaint within ten days of the completion of the
20 mediation.

21 DATE:  June 20, 2014              */s/ Rodney G. Strickland, Jr.*
                                     Rodney G. Strickland, Jr.
22                                   WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation
23
                                     **Attorneys for Defendant**
24

25 DATE:  June 20, 2014              */s/ Jeffrey F. Keller* (as authorized on 6/20/14)
                                     Jeffrey F. Keller
26                                   KELLER GROVER LLP

27                                   **Attorneys for Plaintiff**

28

**ECF CERTIFICATION**

I, Rodney G. Strickland, Jr., am the ECF user whose ID and password are being used to file this Stipulation Extending Time to Respond to Class Action Complaint. In compliance with General Order 45, X.B., I hereby attest that Jeffrey F. Keller has concurred in this filing.

DATE: June 20, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Rodney G. Strickland, Jr.
      Rodney G. Strickland, Jr.

*Attorneys for Defendant*